## CRIMINAL COMPLAINT
### (Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|

| United States of America<br>v.<br>Alex Medina-Garcia<br>DOB: XX/XX/1990; Citizen of Mexico | DOCKET NO. |
|---|---|
| | MAGISTRATE'S CASE NO.<br>26-05774MJ |

| Complaint for violation of Title 8 | United States Code § 1326 (b)(1) |
|---|---|

| NAME OF JUDGE OR MAGISTRATE | OFFICIAL TITLE<br>UNITED STATES MAGISTRATE JUDGE | LOCATION<br>TUCSON, ARIZONA |
|---|---|---|

| DATE OF OFFENSE<br>ON OR ABOUT<br>March 6, 2026 | PLACE OF OFFENSE<br>AT OR NEAR<br>Nogales, Arizona | ADDRESS OF ACCUSED (if known) |
|---|---|---|

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about March 6, 2026, at or near Nogales, in the District of Arizona, **Alex Medina-Garcia**, an alien, knowingly and intentionally attempted to enter the United States of America after having been denied admission, excluded, deported, and removed from the United States through Nogales, Arizona on September 18, 2019 and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326 (b)(1).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

**Alex Medina-Garcia** is a citizen of Mexico. On September 18, 2019, **Alex Medina-Garcia** was lawfully denied admission, excluded, deported, and removed from the United States through Nogales, Arizona. On March 6, 2026, **Alex Medina-Garcia** knowingly and intentionally attempted to re-enter the United States at or near the Deconcini Port of Entry in Nogales, Arizona by falsely claiming to be a United States citizen. **Alex Medina-Garcia** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br><br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>(official title)<br><br>Ernesto Guerra |
|---|---|
| | OFFICIAL TITLE<br>CBPO/E |

Subscribed to and sworn before me telephonically.

| SIGNATURE OF MAGISTRATE JUDGE<sup>1)</sup> | DATE<br>March 9, 2026 |
|---|---|

1) See Federal rules of Criminal Procedure Rules 3, 4.1 and 54
Reviewing AUSA: Brian Hopkins